IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON CAUDELL, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RDL ENERGY SERVICES, LP,<br><br>Defendant. | Civil Action No.: 2:11-cv-01523-JFC<br><br>ELECTRONICALLY FILED<br><br>**Judge Joy Flowers Conti** |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT

This Fair Labor Standards Act ("FLSA") collective action lawsuit has been settled by and between Plaintiff Alton Caudell ("Plaintiff"), individually and on behalf of all persons similarly situated, and Defendant RDL Energy Services, LP ("RDL" or "Defendant"). Plaintiff respectfully moves this Court for an Order approving the Joint Stipulation and Settlement Agreement ("Settlement Agreement"), which is attached hereto as Exhibit 1. Defendant does not oppose this Motion.

Plaintiff respectfully submits that this Motion should be granted because the proposed Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute. Accordingly, Plaintiff seeks an order: 1) approving the Settlement Agreement; 2) certifying the FLSA collective action as a class for purposes of settlement only on behalf of "individuals currently or formerly employed by RDL who were assigned to work as air operators or similar positions and who were paid on a day-rate basis for at least one workweek in which they worked four days or more between March 14, 2009 and May 8, 2012"; and 3) approving the "Notice of Fair Labor Standards Act Settlement" and "Settlement Claim Certification and Consent to Join

1

Settlement Form," attached as Exhibits A and B to the Settlement Agreement, to be sent to Potential Opt-In Plaintiffs so they can receive notice of and participate in the settlement.

In support of this Motion, Plaintiff relies on the accompanying memorandum of law; the Settlement Agreement and exhibits attached thereto; the Declaration of Shanon J. Carson; the Declaration of David A. Hughes, and all other pleadings and materials properly on file with this Court.

June 29, 2012                                                  Respectfully submitted,

                                                               s/ Shanon J. Carson_____
                                                               Shanon J. Carson
                                                               Sarah R. Schalman-Bergen
                                                               BERGER & MONTAGUE, P.C.
                                                               1622 Locust Street
                                                               Philadelphia, PA  19103
                                                               Telephone: (215) 875-4656
                                                               Facsimile: (215) 875-4604
                                                               scarson@bm.net
                                                               sschalman-bergen@bm.net

                                                               David A. Hughes (ASB-3923-U82D)
                                                               (*pro hac vice*)
                                                               HARDIN & HUGHES, LLP
                                                               2121 14th Street
                                                               Tuscaloosa, AL 35401
                                                               (205) 344-6690
                                                               (205) 344-6188 (Facsimile)
                                                               dhughes@hardinhughes.com

                                                               *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendants through the Court's ECF system this 29th day of June, 2012, addressed as follows:

>Christopher K. Ramsey
>MORGAN, LEWIS & BOCKIUS LLP
>cramsey@morganlewis.com
>
>Stephanie R. Reiss
>MORGAN, LEWIS & BOCKIUS LLP
>sreiss@morganlewis.com

>s/ Shanon J. Carson
>Shanon J. Carson